# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1616
_____

United States of America

*Plaintiff - Appellee*

v.

Charles Wesley Williams

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: October 5, 2015
Filed: October 14, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

At a supervised-release revocation hearing, Charles Williams admitted to the district court[1] that he had violated several of his release conditions while serving a

_____

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

period of supervised release on a federal criminal sentence. The court revoked supervised release and imposed a revocation sentence of 21 months in prison--the bottom of the Chapter 7 revocation range--and 1 year of additional supervised release. On appeal, Williams contends that the sentence is substantively unreasonable because it is greater than necessary to comply with the purposes of 18 U.S.C. § 3553(a). After careful review, we conclude that the court did not abuse its discretion. See United States v. Miller, 557 F.3d 910, 915-16 (8th Cir. 2009) (standard of review). The judgment is affirmed, and we grant counsel leave to withdraw.

_____